IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LEE FREYER KENNEDY CRESTVIEW, LLC,

      Appellant,

v.

BIEL REO, LLC, RIVERPARK COMMUNITY DEVELOPMENT DISTRICT, A LOCAL UNIT OF SPECIAL-PURPOSE GOVERMENT ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3967

_____/

Opinion filed September 7, 2016.

An appeal from the Circuit Court for Okaloosa County.
Michael Flowers, Judge.

Robert O. Beasley of Litvak Beasley & Wilson, LLP, Pensacola, for Appellant.

Rick A. La Trace, Johnstone Adams, LLC, Mobile, AL, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, LEWIS, and OSTERHAUS, JJ., CONCUR.